```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SHERIE NEUFVILLE,                                  22 Civ. 6002 (ALC)

                Plaintiff,

        - against -                                DECLARATION

METRO COMMUNITY HEALTH CENTERS, INC.,

                Defendant.
------------------------------------------X
```

STUART LICHTEN, an attorney duly admitted to practice before this Court, under the penalties of perjury, declares the truth of the following:

1. I am attorney for the plantiff in this action.

2. I am fully familiar with the facts and circumstances stated herein.

3. I make this declaration in support of plaintiff's motion for a default judgment.

4. I mistakenly gave $31,040 as plaintiff's back pay damages, rather than the actual amount of $35,040, in Document No. 13, Paragraph 13. I apologize for the error.

5. Although my records indicate that I intended to file Neufville's Declaration as Exhibit C to Document No. 13, the record shows that the Declaration, attached as Exhibit B to the

Memorandum of Law, was not filed. I again apologize to the Court.

Dated: New York, New York
June 7, 2023

                                                        STUART LICHTEN