```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SHERIE NEUFVILLE,                              22 Civ. 6002 (ALC)

                Plaintiff,

        - against -                            AFFIDAVIT

METRO COMMUNITY HEALTH CENTERS, INC.,

                Defendant.
------------------------------------------X

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )
```

SHERIE NEUFVILLE, being duly sworn, deposes and says:

1. I am the plaintiff in the above-referenced action.

2. I make this affidavit in support of plaintiff's motion for the entry of a default judgment against defendant Metro Community Health Centers, Inc. ("MCHC").

3. I was employed by MCHC as a podiatrist from December 2016 until my discharge in February 2022.

4. In Autumn 2021, I successfully applied for family leave pursuant to MCHC's family leave benefit plan. During my leave, MCHC informed me that I would not have a job with MCHC when I returned.

5. At the time I went on leave from MCHC, I was earning $73.00 per hour for about 16 hours per week, or $1,168.00 per week.

6. Since my discharge in February 2022, I have lost approximately 30 weeks of backpay, or $35,040.

7. MCHC, despite repeated demands, has refused to reinstate me or pay me my backpay.

WHEREFORE, I request that judgment be entered in favor of plaintiff and against defendant MCHC, Inc.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief; that the amount claimed is justly due and owing; and that no part thereof has been paid.

Dated:   New York, New York
         August 29, 2022

                                                    _____
                                                    SHERIE NEUFVILLE

Sworn to before me this 29th
day of August, 2022

_____
Notary Public

STUART LICHTEN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02LI4941219
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JULY 25, 20 24